**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Criminal Case No. DKC-20-038** |
| **ERIC TYRELL JOHNSON** | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**COMBINED POST-TRIAL MOTIONS PURSUANT TO RULES 29 AND 33**
**OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

The defendant, Eric Johnson, through his counsel, Joseph A. Balter, hereby moves for a Judgment of Acquittal pursuant to Federal Rule of Criminal Procedure 29 and for a New Trial pursuant to Federal Rules of Criminal Procedure 33, and in support thereof sets forth the preliminary grounds for these motions as follows:

The Court entered its verdict on November 17, 2022, after a jury trial in which Mr. Johnson was convicted on all counts in which he was charged in the Third Superseding Indictment.  Mr. Johnson challenges all his convictions on the grounds set forth herein:

1.     **The verdict was unsupported by sufficient evidence to sustain the convictions.**  Mr. Johnson submits that the evidence was insufficient to sustain the convictions by the standard of proof beyond a reasonable doubt.

2.     **The verdict was against the weight of the evidence and the verdicts should be vacated and a new trial ordered in the interests of justice.**  Mr. Johnson submits that the verdicts were against the weight of the evidence adduced on each count.  The verdicts should be vacated and a new trial ordered in the interests of justice.

3.      **Reassertion of grounds previously placed in the record.**  Mr. Johnson reasserts each and every ground previously set forth during trial and trial objections, as if fully set forth herein.

4.      **Notice of further filings.** As noted in open court following the delivery of the jury verdict,  Mr. Johnson reserves the right to supplement these motions along with a memorandum of law discussing and expanding upon these issues more fully, insofar as applicable, prior to sentencing in this matter.

5.      **Opposition by the government.**  Counsel believes that the Government opposes this requested relief. In view of the anticipated supplement to the motions,  Mr. Johnson submits that the Government need not file a response to this instant filing.  If acceptable to the Court, the Government need only file a response if the Defense supplements this filing with an additional filing in support of the motions.

WHEREFORE, the defense requests that this Honorable Court grant its Combined Motions for Judgment of Acquittal pursuant to Federal Rule of Criminal Procedure 29 and for a New Trial pursuant to Federal Rule of Criminal Procedure 33.

Respectfully submitted,

_____/s/_____
JOSEPH A. BALTER, #04496
Law Office of Joseph A. Balter, LLC
Mt. Washington Mill
1340 Smith Avenue, Ste 200
Baltimore, Maryland 21201
Telephone:  (410) 375-7082
Facsimile:  (410) 779-1201
Email:        joseph@josephbalterlaw.com